**Order entered October 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00479-CR**
**No. 05-21-00480-CR**

**CARLOS RAMON ESPINOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81351-2021 & 296-81334-2021**

**ORDER**

On June 23, 2021, appellant requested that official court reporter Janet Dugger prepare the reporter's record in these appeals. That record was due on August 25, 2021. When it was not filed, we notified Ms. Dugger by postcard dated August 27, 2021 and directed her to file the reporter's record by September 26, 2021. To date, the reporter's record has not been filed and we have had no communication from Ms. Dugger.

We **ORDER** court reporter Janet Dugger to file the complete reporter's record in these appeals within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr. Presiding Judge, 296th Judicial District Court; Janet Dugger, official court reporter, 296th Judicial District Court; and counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE